**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CASE NO.: 21-01876-JAW**
**JAMAL VICTOR RIPPY AND BRITTANY DIANA RIPPY**
**SS#: XXX-XX-6900**

## RELEASE OF WAGES

THE ORDER PREVIOUSLY ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

BUTLER & SNOW
PO BOX 6010
RIDGELAND, MS 39158

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Harold J. Barkley,Jr.
Chapter 13 Trustee
HAROLD J. BARKLEY, JR.
P.O. BOX 321454
FLOWOOD, MS 39232

IS VACATED FOR THE FOLLOWING REASON(S): PLAN COMPLETE

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##